AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 10611789

RECEIVED
By US Marshals DC District Court at 12:33 pm, Sep 11, 2025

United States of America
v.
LARRY DUNCAN,
also known as "Larry Love,"
also known as "Love,"

*Defendant*

)
)
)
)
)
)
)

Case: 1:23-cr-00379
Assigned To: Judge Berman Jackson, Amy
Assign Date: 9/10/2025
Description: SUPERSEDING INDICTMENT (B)
Related Case No. 23-cr-379 (ABJ)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   LARRY DUNCAN, also known as "Larry Love," also known as "Love,"
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 US.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing 100 Kilograms or More of Marijuana and a Mixture and Substance Containing a Detectable Amount of Oxycodone)
18 U.S.C. § 924(o). (Conspiracy to Discharge, Brandish, Use, Carry, and Possess Firearms, Including Machineguns, During, in Relation to, and in Furtherance of a Drug Trafficking Offense). 18 U.S.C. §§ 841(a) and (b)(1)(D) (Unlawful Distribution and Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Marijuana). 18 U.S.C. § 924(c)(1)(A) (Discharging, Brandishing, Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Offense).
18 U.S.C. § 2 (Aiding and Abetting)

Date: 09/10/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

Matthew J. Sharbaugh, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/11/25, and the person was arrested on *(date)* 9/18/2025
at *(city and state)* Oxon Hill, MD

Date: 9/18/2025

*Arresting officer's signature*

Lynda W. Thomas, Special Agent
*Printed name and title*